UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SUSAN L. CADIEUX,

Plaintiff,

-vs-   Case No. 5:04-cv-355-Oc-10GRJ

OCALA BREEDER SALES COMPANY, INC.,

Defendant.

FILED IN OPEN COURT
OCALA, FLORIDA
FEB 24 2006
U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

## SPECIAL INTERROGATORIES TO THE JURY

**Do you find from a preponderance of the evidence:**

**A. Plaintiff's Claim for Sex or Gender Discrimination**

1. That the Plaintiff's sex or gender was a substantial or motivating factor that prompted the Defendant to terminate the Plaintiff's employment?

   Answer Yes or No   __NO__

**B. Plaintiff's Claim for Age Discrimination**

2. That the Plaintiff's age was a substantial or motivating factor that prompted the Defendant to terminate the Plaintiff's employment?

   Answer Yes or No   __NO__

3. That the Defendant "willfully" violated the law which prohibits age discrimination (as that term is defined in the Court's instructions)?

Answer Yes or No    __NO__

## C. Plaintiff's Claim for Slander

4. That the Defendant falsely made the statements that the Plaintiff was a thief and that her employment was terminated as a result of theft?

Answer Yes or No    __YES__

5. That the Defendant made those false statements to a third party?

Answer Yes or No    __YES__

6. That the false statements tended to expose the Plaintiff to hatred, ridicule, or contempt; tended to injure the Plaintiff in her business, reputation, or occupation; or charged that the Plaintiff committed a crime?

Answer Yes or No    __YES__

## D. Plaintiff's Claim for Damages

[Note: Questions 7 and 8 should be answered ONLY if you have answered Yes to Question 1 OR Question 2 above. Question 9 should be answered ONLY if you have answered Yes to Question 1 OR Question 2 OR Questions 4, 5, and 6.]

2

7. That the Plaintiff should be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

    Answer Yes or No    _____

    If your answer is Yes,
    in what amount?    $_____

8. That the Plaintiff should be awarded damages to compensate for a net loss of wages and benefits in the future?

    Answer Yes or No    _____

    If your answer is Yes,
    in what amount?    $_____

9. That the Plaintiff should be awarded damages to compensate for emotional pain and mental anguish?

    Answer Yes or No    *YES*

    If your answer is Yes,
    in what amount?    $ *400,000.00*

10. (a) That a higher management official of the Defendant personally acted with malice or reckless indifference to the Plaintiff's protected rights?

    Answer Yes or No    *NO*

(b)   If your answer to 10(a) is Yes, do you further find that the Defendant itself had not acted in a good faith attempt to comply with the law by adopting policies and procedures designed to prohibit such discrimination in the workplace?

Answer Yes or No   ___No___

SO SAY WE ALL.

DATED: _Feb 24, 2006_

_____
Foreperson